UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 06-118-JMH

Eastern District of Kentucky
FILED
APR 1 9 2006
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

Cynthia Wilson Smithers

PLAINTIFF

VS.

Charles Edward Hayes

DEFENDANT

## COMPLAINT

COMES NOW Cynthia W. Smithers, Plaintiff, and in support of her claim for relief would show unto the Court the following facts, to-wit:

1. That Cynthia Wilson Smithers is an actual adult resident citizen of Woodford County, KY.

2. That the Defendant, Charles Edward Hayes, is an actual adult resident citizen of Houston, TX, and that he is a basketball player employed by the Houston Rockets, where he may be served with process.

3. This Court has subject matter jurisdiction pursuant to **28 U.S.C. Sec. 1332.**

4. Plaintiff would show that on or about April 20, 2005 that she was at Wildcat Lodge, a dormitory for the University of Kentucky, in Fayette County, KY, where she was accompanied by the Defendant

herein, Charles Edward Hayes, and for no apparent reason, and without justification and in a grossly reckless, negligent and intentional manner drugged, raped and injured the Plaintiff. That as a result of the injuries that the Plaintiff required medical attention, doctor bills, and that she has suffered severe mental anguish and anxiety, and continues to do so.

5. Plaintiff would show that she did not consent to the consumption of any known drugs while with the defendant on said day.

6. Plaintiff would show that she did not consent to sexual intercourse with the defendant on said day.

7. That the aggravated assault and battery was committed without justification in a grossly negligent, intentional, willful and reckless manner.

As a proximate result of these breaches of duty, Plaintiff has sustained pain and suffering, embarrassment, and damage to reputation in a sum of no less than $75,000.00 and that she is entitled to punitive damages in a sum of no less than the minimum amount allowed by law.

WHEREFORE, PREMISES CONSIDERED, Plaintiff files this suit and demands judgment of and from the Defendant for actual and compensatory damages, special and punitive damages, and trial by jury. Plaintiff further demands interest and all costs of this action and a reasonable attorneys fees.

Respectfully submitted

*Cynthia Wilson Smithers*
Cynthia Wilson Smithers
Acting *Pro se*    203 Cottage Grove
Midway Ky, 40347

-2-