UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

Eastern District of Kentucky
**FILED**

SEP 1 2 2006

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CIVIL ACTION NO. 06-CV-118-JMH

CYNTHIA WILSON SMITHERS              PLAINTIFF

VS:            **O R D E R**

CHARLES EDWARD HAYES            DEFENDANTS

*Pro se* plaintiff Cynthia Wilson Smithers filed the instant civil rights proceeding on April 19, 2006 [Record No. 1]. On August 18, 2006, the Court entered an Order [Record No. 2] directing the plaintiff to show cause why this matter should not be dismissed for failure to prosecute: specifically, failure to comply with Fed R. Civ. P. 4 (c)(1) and (m).

On August 18, 2006, the Clerk's Office mailed a copy of the Show Cause Order to the *pro se* plaintiff at her address listed of record: 203 Cottage Grove, Midway, Kentucky, 40347. There is nothing filed in the record to indicate that the United States Postal Service returned to the Clerk's Office as "Undeliverable" the copy of the Order mailed to the plaintiff on August 18, 2006. The plaintiff has not filed a response to the Order, and the time for doing so has expired.

Accordingly, **IT IS ORDERED** that this action be, and the same is, **DISMISSED WITHOUT PREJUDICE** for failure to prosecute in accordance with Fed. R. Civ. P. 4(c)(1) and (m).

This 12th day of September, 2006.

JOSEPH M. HOOD, CHIEF JUDGE

Date of Entry and Service: